IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 2:21-cr-18-KS-MTP

MARTIN RUIZ-AMAYO
a/k/a Martin Ruiz Amayo
a/k/a Martin Ruiz

## ORDER WITHDRAWING MOTON

Before this Court is the United States of America's Motion [33] to Withdraw its Amended Motion [32] for Preliminary Order of Forfeiture. Having reviewed the Government's Motion, this Court finds that it is well taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The Amened Motion for Agreed Preliminary Order of Forfeiture [32] is ordered WITHDRAWN.

SO ORDERED, ADJUDGED, AND DECREED this __12th__ day of April 2022.

                                                                           _s/Keith Starrett_____
                                                                           UNITED STATES DISTRICT JUDGE